| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARO MARKS, Bar #159267 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
MIGUEL LANDIN-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-00437-MCE |
|---|---|
| | ) |
| Plaintiff, | ) **AMENDED** |
| | ) **STIPULATION AND ORDER;** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MIGUEL LANDIN-GOMEZ, | ) |
| | ) Date: December 8, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for MIGUEL LANDIN-GOMEZ, that the status conference hearing date of December 1, 2011 be vacated, and the matter be set for change of plea on December 8, 2011 at 9:00 a.m.

The reason for this continuance is to allow the government time to prepare and offer the defense a plea agreement, and to give defense counsel time to receive the plea agreement and then to review it with the defendant.

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 8, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 6, 2011.                     Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Caro Marks
                                                CARO MARKS
                                                Designated Counsel for Service
                                                Attorney for Miguel Landin-Gomez

DATED: December 6, 2011.                     BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Caro Marks for
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ordered that the December 1, 2011, status conference hearing be |
| 4 | continued to December 8, 2011, at 9:00 a.m. for change of plea Based on |
| 5 | the representation of defense counsel and good cause appearing there |
| 6 | from, the Court hereby finds that the failure to grant a continuance in |
| 7 | this case would deny defense counsel reasonable time necessary for |
| 8 | effective preparation, taking into account the exercise of due |
| 9 | diligence. The Court finds that the ends of justice to be served by |
| 10 | granting a continuance outweigh the best interests of the public and |
| 11 | the defendant in a speedy trial. It is ordered that time up to and |
| 12 | including the December 8, 2011 status conference shall be excluded from |
| 13 | computation of time within which the trial of this matter must be |
| 14 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. § |
| 15 | 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel |
| 16 | reasonable time to prepare. |

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE